UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Allie McLaughlin,

              Plaintiff(s),             Case No. 22-cv-11470

v.                                                  Honorable Matthew F. Leitman

Flagstar Bancorp, Inc., et al.,            Magistrate Judge Curtis Ivy, Jr.

              Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

      This case appears to be a companion case to Case No. **22-cv-11385**. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable **Shalina D. Kumar** and Magistrate Judge **Kimberly G. Altman**.

                                                                       s/Matthew F. Leitman
                                                                       Matthew F. Leitman
                                                                       United States District Judge

                                                                       s/Shalina D. Kumar
                                                                       Shalina D. Kumar
                                                                       United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: **CIVIL**

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: **July 6, 2022**                                  s/ S Schoenherr
                                                                       Deputy Clerk

cc:    Parties and/or counsel of record
       Honorable Shalina D. Kumar